Michael L. BUESGENS, Plaintiff—Appellant,

v.

Christine C. FREELAND; Debra Wehmeier, Regional Vice President Riverstone Residential SC, LLC; Charles Eads Brown; Howard M. Bookstaff; Hoover Slovacek, LLP; National Apartment Association; Texas Apartment Association; Austin Apartment Association; Arnold Carltauch; Jack C. Moss; Kyle Tauch, Respondent Superiors; Falcon Group; Gary Kin Oldham, Partner; Robert A. Faith, President; Greystar Holdings, Incorporated; J. Frank Miller, Respondent Superior; JPI Partners; Jefferson at Falcon Ridge; David B. Armbrust, Attorney Respondent Superior; Gregory S. Cagle; Armbrust R. Brown, Limited Liability Partnership; Dunhan Jewett, Attorney Respondent Superior; Shelley Bush Marmon, Attorney; Crady Jewett R M McCully, LLP; Measn Monique Goeres, Human Relations Manager Grande Communications; Andiruh (Andy) Sarwal; Andrew Kever, General Counsel Respondent Superior; Grande Communications, Winstead, P.C.; Chester E. Beaver, City of Austin, Texas Attorney; Ann Morgan, Attorney City of Austin, Texas; John A. Benavides, Investigator City of Austin; Charles H. Gorham, Administrator City of Austin; City of Austin, Texas; Travis County, Texas; Felix Tarango, Assistant Travis County Attorney; Joseph Rosser, Deputy; Bruce Elfant, Constable Precinct 5, Travis County; Edward Curry, Sergeant Travis County Constable; Riverstone Operating Company, Incorporated; Ryan Goeres, District Superintendent Hunt Oil Company; Kim Kendrick, Assistant Secretary, U.S. Department of Housing and Urban Development—Fair Housing Equal Opportunity FHEO, Fair Housing FHEO, Fair Housing Assistance Program—FHMP, individually and in her official capacity; Milton Turner, Director Compliance and Disability Rights—HUD—FHEO—FHAP, individually and in his official capacity; Garry Sweeney; Joseph Castillo, Director HUD—FHEO—FHAP Field Office, individually and in his official capacity; Alphonso Jackson, Secre-

tary HUD # 06–06–293–8 City of Austin, Texas HUD Certified Fair Housing Office—FHAP FHEO No. 01–06–0028–HG/COA EE/FHO, individually and in his official capacity; Jack E. Fritts, Maintenance—Falcon Ridge Apartments, et al; Riverstone Residential, SC, Limited Liability Company, Defendants—Appellees.

No. 07–1559.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 26, 2007.

Decided: Dec. 21, 2007.

Michael L. Buesgens, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Buesgens seeks to appeal the transfer of his pending 42 U.S.C. § 1983 (2000) action from the District of Maryland to the Western District of Texas. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). It is well-settled that transfers under 28 U.S.C. § 1404(a) (2000) are not appealable final orders. *See In re Carefirst of Md., Inc.*, 305 F.3d 253, 262 (4th Cir.2002); *Gower v. Lehman*, 799 F.2d 925, 927 (4th Cir.1986). We therefore lack jurisdiction to entertain this appeal.

Accordingly, we deny Buesgens' motions for production of documents and for "Joinder of Civil Actions." We also deny Buesgens' "Motion for relief from Judge Sam Sparks' order closing Civil No. 1:07cv00444SS." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*